IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAFAEL MONSERRATE CARO ADORNO

MARIA ESTHER CANCEL RODRIGUEZ

   DEBTOR(S)

CASE NO. 23-02367-ESL

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is : $ 0.00

3. The general unsecured pool is : $ 0

AMENDED PLAN DATE: March 18, 2024     PLAN BASE: $33,666.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: 5/17/2024

[ ] FAVORABLE     [X] UNFAVORABLE

**1. [X] FAILS SECTION 1325(a)(9):**

• IRS Tax Returns: Debtors are asked to provide evidence of filing of 1040 PR for years 2019 and 2020. The forms submitted do not include evidence of their filing with the IRS. Thus, no evidence of filing has been provided. Debtor are asked to provide an official transcript.

**[X] OTHER:**

1) Pending adjudication of Trustee's objection to proof of claim #13 by IRS. Trustee requests that the claim be disallwed in its entirety. 2) Popular Auto filed objection to confirmation. Creditor requests that the plan be amended to provide for pre-confirmation adequate protection payments and equal monthly amounts (EMA). Creditor will accept no less than $220.00

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: MILAGROS RIVERA RIVERA*

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG