IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAFAEL MONSERRATE CARO ADORNO

MARIA ESTHER CANCEL RODRIGUEZ

   DEBTOR(S)

CASE NO.   23-02367-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period (years) is: 5

2. The liquidation value of the estate is :$ 0.00

3. The general unsecured pool is :$ 0

AMENDED PLAN DATE:  June 20, 2024        PLAN BASE: $33,666.00

TRUSTEE'S REPORT ON CONFIRMATION DATED: <u>6/26/2024</u>

[X] FAVORABLE        [ ] UNFAVORABLE

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies
    are available to parties in interest at the Trustee's Office.

Atty:  <u>MILAGROS RIVERA RIVERA*</u>

<u>/s/ Miriam Salwen Acosta</u>
Miriam Salwen Acosta
USDC # 208910

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG